IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02206-EWN-PAC

CHURCH COMMUNICATION NETWORK, INC.,

    Plaintiff(s),

v.

ECHOSTAR SATELLITE, LLC,
f/k/a ECHOSTAR SATELLITE CORPORATION,

    Defendant(s).

_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
July 15, 2005

    The Court notes that no answer has been filed in this case, and, upon review of the motion and responsive pleadings, IT IS HEREBY

    **ORDERED** that plaintiff's Notice of Motion and Plaintiff's Motion for Leave to File an Amended Complaint [filed June 9, 2005] is **granted**. A *signed* version of the tendered proposed First Amended Complaint is to be filed with the Court no later than **July 25, 2005**. It is further

    **ORDERED** that defendant's answer or other response is due no later than **August 5, 2005**. Defendant shall also, by **August 5, 2005**, advise the Court whether the filing of the First Amended Complaint moots defendant's November 2, 2004 Motion to Dismiss.