IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02206–EWN–PAC

CHURCH COMMUNICATION NETWORK, INC.,

    Plaintiff,

v.

ECHOSTAR SATELLITE L.L.C.
f/k/a ECHOSTAR SATELLITE CORPORATION,

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Defendant's "Motion for Leave to File Motion for Summary Judgment on Plaintiff's New Claims in the First Amended Complaint Based on the Parties' February 2000 Contract" (Document 56) filed August 5, 2005 is GRANTED.

Dated: August 8, 2005