IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02206–EWN–PAC

CHURCH COMMUNICATION NETWORK, INC.,

    Plaintiff,

v.

ECHOSTAR SATELLITE L.L.C.
f/k/a ECHOSTAR SATELLITE CORPORATION,

    Defendant.

---

**ORDER**

---

    This matter comes before the court on "EchoStar's Notice of Withdrawal Without Prejudice of Its Motion to Dismiss Filed November 2, 2004" filed August 5, 2005. Upon consideration and review of the notice, it is

    **ORDERED** that the motion to dismiss (#3) filed November 2, 2004 is WITHDRAWN without prejudice.

    Dated this  8th  day of August, 2005.

                                             BY THE COURT:

                                             s/Edward W. Nottingham
                                             EDWARD W. NOTTINGHAM
                                             United States District Judge