IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02206-EWN-PAC

CHURCH COMMUNICATION NETWORK, INC.,

    Plaintiff(s),

v.

ECHOSTAR SATELLITE, LLC,
f/k/a ECHOSTAR SATELLITE CORPORATION,

    Defendant(s).

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Motion to Dismiss Motion to Compel Production of Three E-Mails [filed August 8, 2005] is **granted.**  It is

    **FURTHER ORDERED** that Plaintiff's Motion to Compel Production of Three E-Mails [filed July 22, 2005] is **denied as moot**.  It is

    **FURTHER ORDERED** that the hearing set for **August 25, 2005 at 2:00 p.m.** on the Motion to Compel is **vacated**.

Dated:  August 15, 2005