IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02206–EWN–PAC

CHURCH COMMUNICATION NETWORK, INC.,

     Plaintiff,

v.

ECHOSTAR SATELLITE L.L.C.
f/k/a ECHOSTAR SATELLITE CORPORATION,

     Defendant.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Plaintiff's Motion for an Order Pursuant to 28 U.S.C. § 1292(b) to Allow Permissive
Interlocutory Appeal, or in the Alternative, for Entry of Judgment Pursuant to Rule 54(b)" (#79,
filed March 23, 2006, is DENIED for failure to comply with local rule 7.1A.

Dated: March 24, 2006