IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-02206-EWN-PAC

CHURCH COMMUNICATION NETWORK, INC.,

      Plaintiff,

v.

ECHOSTAR SATELLITE L.L.C.
f/k/a ECHOSTAR SATELLITE CORPORATION,

      Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

THIS MATTER comes before the Court on the parties' Fed.R.Civ.P. 41(a)(1) Stipulated Motion to Dismiss With Prejudice, and finding good cause to dismiss the above-captioned action and all claims asserted therein, the Court hereby:

DISMISSES this action with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 16th day of May, 2006

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      United States District Judge